UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA DAGHALY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>BLOOMINGDALES.COM, LLC and any related entities,<br><br>    Defendants. | Case No.: 3:23-cv-00129-L-BGS<br><br>**ORDER DIRECTING THE CLERK TO ENTER FINAL JUDGMENT** |

  On October 6, 2023, the Court entered an Order granting Defendant Bloomingdales.com, LLC's motion to dismiss Plaintiff's First Amended Complaint ("Dismissal Order"). (ECF No. 22) The Dismissal Order provided Plaintiff with leave to file a second amended complaint by October 27, 2023. (*Id*.) The Plaintiff has declined to do so, and instead requests the Court enter final judgment so that an appeal can be taken. The Plaintiff's request is **GRANTED** and the Court therefore directs the Clerk to enter final judgement of this case.

**IT IS SO ORDERED**

Dated: November 9, 2023

                _____
                Hon. M. James Lorenz
                United States District Judge