

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amanda Daghaly, individually and on behalf of all others similarly situated | Civil Action No.   23cv0129-L-BGS |
| **Plaintiff,** | |
| V. | |
| Bloomingdales.com, LLC, and any related entities | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the forgoing reasons, Defendant's motion to dismiss is GRANTED. Final judgment in favor of Defendant Bloomingdales.com, LLC.

Date:   11/9/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ C. Lam

C. Lam, Deputy